IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF STOCKTON, CALIFORNIA, a municipal corporation; ROBERT DEIS, in his official capacity and as an individual; LAURIE MONTES, in her official capacity and as an individual,<br><br>        Defendants.<br>_____ | 2:12-cv-00766-GEB-KJN<br><br><u>ORDER DEEMING CITY OF STOCKTON'S DISMISSAL MOTION WITHDRAWN; AND DIRECTING THE NON-BANKRUPTCY PARTIES TO FILE BRIEFS</u> |

        Each Defendant's dismissal motion, filed on May 29, 2012, was submitted for decision without oral argument. However, after each motion was submitted, Defendant City of Stockton filed a Notice of Automatic Stay in which it states "[this] case or proceeding is automatically stayed as to [Defendant City of Stockton] under [11 U.S.C. § 362] . . . because of the City's active bankruptcy action in the United States Bankruptcy Court . . . ." (Notice of Automatic Stay 1:19-23.) Therefore, Defendant City of Stockton's dismissal motion is deemed withdrawn.

        In light of this bankruptcy notice, each non-bankruptcy party shall file a brief within fourteen days of the date on which this Order is filed, addressing the effect, if any, that the stay has on any non-

1  bankruptcy party. Further, any responsive brief shall be filed within
2  twenty-one days of the date on which this Order is filed.
3  Dated:  July 5, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```