MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS
CA State Bar No. 78706
WILLIAM G. GORHAM
CA State Bar No. 151773
JOHN P. BRISCOE
CA State Bar No. 273690

**Attorneys for Plaintiff, Ronald Hittle**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD HITTLE,** | Case No.: 2:12-CV-00766-GEB-KJN |
| Plaintiff, | **PLAINTIFF'S BRIEF IN RESPONSE TO STAY OF PROCEEDINGS AS AGAINST DEFENDANT CITY OF STOCKTON** |
| vs. | |
| **THE CITY OF STOCKTON, CALIFORNIA,** a municipal corporation; **ROBERT DEIS,** in his official capacity and as an individual; **LAURIE MONTES,** in her official capacity and as an individual; | |
| Defendants. | |

Plaintiff Ron Hittle, in accordance with this Court's order dated July 6, 2012 (Document 16), submits the following brief.

Whereas the City of Stockton only has filed for Chapter 9 bankruptcy, and whereas that filing resulted in an automatic stay of proceedings in this matter, as against the City (Document 15), Hittle will pursue his claims against the City—all causes of action, save for the eighth—in the United States Bankruptcy Court for the Eastern District of California subject to a motion for relief from said stay. However, Hittle will continue to seek relief in this Court as against Defendants Laurie Montes and Robert Deis under the eighth cause of action in this suit (violation

---
Plaintiff's Brief in Response to Stay of Proceedings as Against Defendant City of Stockton
Page 1 of 2

of 42 USC § 1983) which are not subject to the automatic stay applicable to Defendant City of Stockton.

Plaintiff is studying the feasibility of seeking relief against the automatic stay so that the value of his claims against the City can be determined in this court at which time, he would take such valuation and return to the Bankruptcy court for further proceedings. On information and belief, it should also be pointed out that the Defendant City of Stockton is party to a joint powers agreement (JPA) providing indemnification for the City for employment discrimination claims and this is an additional basis of seeking relief from the automatic stay as to the City.

**DATED:** July 18, 2012    **MAYALL HURLEY P.C.**

By /s/ MARK S. ADAMS
　　MARK S. ADAMS
　　WILLIAM G. GORHAM
　　JOHN P. BRISCOE
　　Attorneys for Plaintiff
　　RONALD HITTLE