I wish LAW OFFICES OF MARK S. ADAMS
3031 W. March Ln Ste. 120
Stockton, California 95219
Telephone (209) 481-3485
MARK S. ADAMS
CA State Bar No. 78706

Attorney for Plaintiff, Ronald Hittle

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF STOCKTON, CALIFORNIA, a municipal corporation; ROBERT DEIS, in his official capacity and as an individual; LAURIE MONTES, in her official capacity and as an individual; and DOES 1-100 inclusive,<br><br>    Defendants. | Case No.: 2-12-CV-00766-TLN-KJN<br><br>ORDER CONTINUING HEARING ON DEFENDANT CITY OF STOCKTON'S MOTION TO DISMISS TO JUNE 30, 2016<br><br>Current Date: June 16, 2016 2:00 p.m.<br><br>Proposed Date: June 30, 2016<br><br>Proposed Time: 2:00 p.m.<br><br>Judge: Judge Troy L. Nunley<br><br>Courtroom: 2, 15th Fl. |

Upon considering the *JOINT STIPULATION TO CONTINUE MOTION TO DISMISS FIRST AMENDED COMPLAINT* to June 30, 2016 at 2:00 p.m. and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the First Amended Complaint be and is hereby continued to June 30, 2016 at 2:00 p.m. in Department 2 of the above entitled Court.

Dated: May 24, 2016

_____
Troy L. Nunley
United States District Judge

_____
Joint Stipulation to Continue Motion to Dismiss; Order
Page 1 of 1