ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
SPENCER WILSON (SBN 266938)
swilson@publiclawgroup.com
RENNE PUBLIC LAW GROUP®
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone:  (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendants
CITY OF STOCKTON, ROBERT DEIS,
LAURIE MONTES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>           Plaintiff,<br><br>v.<br><br>THE CITY OF STOCKTON; ROBERT DEIS;<br>LAURIE MONTES, and DOES 1-100, inclusive,<br><br>           Defendants. | **Case No.: 2-12-CV-00766-TLN-KJN**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>**Judge: Judge Troy L. Nunley**<br>**Courtroom: 2, 15th Floor** |

WHEREAS, on April 12, 2018, Plaintiff filed a Second Amended Complaint ("SAC"), thus requiring defendants to file a responsive pleading within fourteen days;

WHEREAS, the parties have agreed that Defendants' time to respond to the SAC shall be extended seven (7) days;

NOW, THEREFORE, IT IS HEREBY STIPULATED:

Pursuant to Rule 6-144 and Rule 83-143 of the Local Rules of Practice for the United States District Court for the Eastern District of California, the parties hereby stipulate to a one-week extension of time for defendants to file a response to the SAC.  Defendants' responsive pleading is now due to be filed on May 3, 2018.

I hereby attest that I have obtained concurrence for the filing of this document for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 24, 2018                    RENNE PUBLIC LAW GROUP®


                                         By: /s/ Arthur A. Hartinger
                                             ARTHUR A. HARTINGER (SBN 121521)
                                             ahartinger@publiclawgroup.com
                                             RENNE PUBLIC LAW GROUP®
                                             350 Sansome Street, Suite 300
                                             San Francisco, California 94104
                                             Telephone: (415) 848-7200
                                             Facsimile: (415) 848-7230

                                         Attorneys for Defendants
                                         CITY OF STOCKTON, ROBERT DEIS,
                                         LAURIE MONTES

Dated: April 24, 2018                    LAW OFFICES OF MARK S. ADAMS



                                         By: /s/ Marc S. Adams
                                             MARK S. ADAMS (SBN 78706)
                                             LAW OFFICES OF MARK S. ADAMS
                                             3031 W. March Lane, Suite 120
                                             Stockton, California 95219
                                             Telephone (209) 481-3485

                                         Attorneys for Plaintiff
                                         RONALD HITTLE



        IT IS SO ORDERED.

Dated: April 24, 2018

                                         _____
                                         Troy L. Nunley
                                         United States District Judge