Alan J. Reinach, Esq. , SBN 196899
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Phone:  805-413-7398
Email:  ajreinach@churchstate.org

Attorneys for Plaintiff, Ronald Hittle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD HITTLE,** <br>     **Plaintiff,** <br> vs. <br> **THE CITY OF STOCKTON, ROBERT DEIS, LAURIE MONTES, and DOES 1-100, inclusive,** <br>     **Defendants.** | Case No. 2-12-CV-00766-TLN-KJN <br><br> ORDER |

The Pretrial Scheduling Order issued on September 12, 2018 (Dkt 59) is hereby amended with respect to the following dates below. In all other respects, the Order remains in full force and effect.

- Discovery cut off:  December 3, 2019
- Disclosure of Expert Witnesses:  February 3, 2020
- Designation of Supplemental Experts:  20 days later
- Supplemental Disclosures:  at least 30 days prior to dispositive motion hearing date;
- Dispositive Motion Hearing Date: no later than June 11, 2020
- Joint Notice of Trial Readiness:  Within 30 days of receipt of ruling on dispositive motion, or 120 days after close of discovery if not intent to file dispositive motions.

IT IS SO ORDERED:

Dated: February 11, 2019

_____
Troy L. Nunley
United States District Judge

ORDER