ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
EDWARD J. DONNELLY (SBN 220980)
edonnelly@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendants
CITY OF STOCKTON, ROBERT DEIS,
LAURIE MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF STOCKTON; ROBERT DEIS; LAURIE MONTES, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-00766-TLN-KJN<br><br>**STIPULATION AND ORDER RE CASE SCHEDULING ORDER**<br><br>SAC Filed:    April 12, 2018<br>Trial Date:    None Set |

WHEREAS attorneys for the parties have conducted extensive written discovery, including document production, interrogatories, and requests for admission; and

WHEREAS third-party deponents have been successfully served with subpoenas, but the depositions have yet to be completed; and

WHEREAS attorneys for the parties have conducted depositions of seven (7) of eight Plaintiff's witnesses, including the Plaintiff himself, which was conducted over two (2) days on consent of Plaintiff's counsel; and

WHEREAS Plaintiff's counsel has completed 1 and a half depositions, including partially completing the deposition of Defendant Bob Deis, and completing one other defense witness; and

-1-

WHEREAS the parties have scheduled two (2) more depositions to be completed next week, including the deposition of Defendant Laurie Montes; and

WHEREAS there are several additional depositions that have been noticed, but the parties were unable to schedule them due to the many schedules that needed to be coordinated; and

WHEREAS without the depositions, neither party will be ready to competently proceed to summary judgment motions and/or trial; and

WHEREAS a brief extension of the discovery deadline will not otherwise delay the remainder of the schedule in this matter; and

WHEREAS lead trial counsel for Defendants begins a lengthy trial the last week of February, and is expected to be unavailable to conduct depositions for much of the month of March;

Good cause appearing, the parties agree and stipulate as follows:

The parties agree and request a scheduling order to modify the Order at Docket 68 as follows:

(1) Non-expert discovery cut off: May 1, 2020.

(2) Disclosure of expert witnesses: July 3, 2020.

(3) Designation of supplemental experts: 20 days later.

(4) Supplemental disclosures: 30 days prior to dispositive motion hearing date.

(5) Dispositive motion hearing date: **no later than November 12, 2020.**

(6) Joint Notice of Trial Readiness: within 30 days of receipt of ruling on dispositive motion, or 120 days after close of discovery if neither party has an intent to file dispositive motions.

Dated: February 14, 2020

Respectfully submitted:

By: /s/ Wendy Musell
Wendy Musell
STEWART & MUSELL, LLP
Counsel for Plaintiff
Ronald Hittle

   /s/ Alan Reinach[1]
Alan Reinach
CHURCH STATE COUNCIL
Counsel for Plaintiff
Ronald Hittle

   /s/ Geoffrey Spellberg
Geoffrey Spellberg
RENNE PUBLIC LAW GROUP
Counsel for Defendants
City of Stockton, Robert Deis
and Laurie Montes

IT IS SO ORDERED.

DATED: February 18, 2020

_____
Troy L. Nunley
United States District Judge

---

[1] Pursuant to L.R. 131(e), counsel for Defendants (Edward Donnelly) has obtained authorization from all counsel to affix their respective electronic signature upon this pleading and submit this document upon each counsel's behalf.

-3-

STIPULATION AND ORDER　　　　　　　　　　　CASE NO. 2:12-CV-00766-TLN-KJN
RE: CASE SCHEDULING ORDER