Wendy E. Musell (SBN: 203507)
Elisa J. Stewart (SBN:219557)
STEWART & MUSELL, L.L.P.
2200 Powell Street, Suite 440
Emeryville, CA 94608
Phone: 415-593-0083
Fax: 415-520-0920
wmusell@stewartandmusell.com
estewart@stewartandmusell.com

Alan J. Reinach, SBN 196899
Jonathon Cherne, SBN 281548
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Phone: 805-413-7398
ajreinach@churchstate.org
jcherne@churchstate.org

Attorneys for Plaintiff, Ronald Hittle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD HITTLE,** | **Case No. 2-12-CV-00766-TLN-KJN** |
| **Plaintiff,** | **STIPULATION TO EXTEND DISCOVERY CUT OFF, AND RELATED DATES; ORDER** |
| vs. | |
| **THE CITY OF STOCKTON, ROBERT DEIS, LAURIE MONTES, and DOES 1-100, inclusive,** | |
| **Defendants.** | |

Whereas, completion of outstanding depositions is necessarily delayed due to Governor Newsom's directives concerning social distancing on account of Covid-19, and

Whereas several of the attorneys and witnesses are located within the ambit of the San Francisco Bay area "shelter in place" order; and further, some have family members who are immune compromised;

Whereas the parties have made diligent efforts to complete depositions herein, having completed the depositions of seven (7) of eight (8) of Plaintiff's witnesses whose depositions

STIPULATION TO AMEND SCHEDULING ORDER

have been noticed, and whereas Plaintiff has completed the depositions of two (2) of Defendant's witnesses, and conducted day one of each of the individual named Defendants' depositions; and

Whereas there are certain remaining discovery disputes the parties are taking up with Magistrate Judge Newman, yet to be resolved, including some claimed outstanding document production issues; and a dispute over conducting a second day of deposition for the individual defendants; and

Whereas, this court entered a scheduling order (Dkt. 70) on February 18, 2020, prior to the Covid-19 pandemic "shelter in place" measures being announced, establishing the following dates:

- Non-expert discovery cut off: May 1, 2020
- Disclosure of Expert Witnesses: July 3, 2020
- Designation of Supplemental Experts: 20 days later
- Supplemental Disclosures: 30 days prior to dispositive motion hearing date;
- Dispositive Motion Hearing Date: no later than November 12, 2020
- Joint Notice of Trial Readiness: Within 30 days of receipt of ruling on dispositive motion, or 120 days after close of discovery if not intent to file dispositive motions.

Good cause appearing, the parties agree and stipulate to a ninety (90) day extension of all dates

1. Non expert discovery cut off from May 1 to July 30, 2020;
2. Disclosure of Expert Witnesses from July 3 to October 1, 2020;
3. Designation of Supplemental Experts: 20 days later
4. Supplemental Disclosures: 30 days prior to dispositive motion hearing date;
5. Dispositive Motion Hearing Date from November 12, 2020 to February 10, 2021;
6. Joint Notice of Trial Readiness: Within 30 days of receipt of ruling on dispositive motion, or 120 days after close of discovery if not intent to file dispositive motions.

STIPULATION TO AMEND SCHEDULING ORDER

Respectfully submitted,

Dated: March 23, 2020                      STEWART & MUSELL
CHURCH STATE COUNCIL


By: *s/ Alan J Reinach*
    ALAN J. REINACH
    Attorneys for Plaintiff
    RON HITTLE

Dated: March 24, 2020                      RENNE PUBLIC LAW GROUP


By: *s/ Geoff Spellberg*
    GEOFF SPELLBERG
    Attorneys for Defendants
    CITY OF STOCKTON et al.

**IT IS SO ORDERED:**

DATED: MARCH 24, 2020

                                           Troy L. Nunley
                                           United States District Judge

STIPULATION TO AMEND SCHEDULING ORDER