UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF STOCKTON, et al.,<br><br>        Defendants. | No. 2:12–cv–766–TLN–KJN<br><br>ORDER AFTER INFORMAL TELEPHONIC DISCOVERY CONFERENCE<br><br>(ECF No. 74) |

      On March 24, 2020, the court held an informal telephonic discovery conference to discuss (1) five categories of allegedly-missing documents, as sought by plaintiff, as listed in the joint letter; and (2) plaintiff's request for additional time to depose defendants Deis and Montes. (See ECF No. 74.) Alan Reinach and Wendy Musell appearing for plaintiff; Geoffrey Spellberg appearing for defendants. As discussed at the conference, the court now ORDERS that:

    1. Within one week of this order, defendants shall present to plaintiff a declaration from the City's Custodian of Records indicating that the allegedly-missing documents (including recordings) either: (a) existed but cannot be located, (b) did not exist, or (c) have already been produced. The Custodian shall detail the procedures undertaken in attempting to locate any missing documents.

////
////

2. Plaintiffs are granted 4 hours to depose Deis and 4 hours to depose Montes; this includes whatever time remains from their previous deposition.

Dated: April 7, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE