Wendy E. Musell (SBN: 203507)
LAW OFFICES OF WENDY MUSELL
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Phone: 510-270-2252
Fax: 510-228-1391
wmusell@wendymuselllaw.com.

Alan J. Reinach, SBN 196899
Jonathon Cherne, SBN 281548
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Phone: 805-413-7398
ajreinach@churchstate.org
jcherne@churchstate.org

Attorneys for Plaintiff, Ronald Hittle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD HITTLE,**<br><br>    **Plaintiff,**<br>**vs.**<br><br>**THE CITY OF STOCKTON, ROBERT DEIS, LAURIE MONTES, and DOES 1-100, inclusive,**<br><br>    **Defendants.** | Case No. 2-12-CV-00766-TLN-KJN<br><br>**STIPULATION TO EXTEND DISCOVERY CUT OFF, AND RELATED DATES; ORDER** |

Whereas, completion of outstanding depositions has been delayed due to Governor Newsom's directives concerning social distancing on account of Covid-19, and

Whereas the parties have made diligent efforts to complete depositions herein, with Defendant having completed the depositions of seven (7) of eight (8) of Plaintiff's witnesses whose depositions have been noticed, while Plaintiff has completed the depositions of two (2) of Defendant's witnesses, and conducted day one of each of the individual named Defendants' depositions; and

Whereas, since this Court first granted a ninety day extension on March 24, 2020 (Dkt No. 73) and a further extension on June 30, 2020 (Dkt No. 78), the parties have engaged in additional written discovery, such that Defendant submitted responses to Plaintiff's Second Set of

JOINT STIPULATION TO AMEND SCHEDULING ORDER

Special Interrogatories and Document Requests on April 20, 2020, and Defendant submitted responses to Plaintiff's third set of Interrogatories on July 23, 2020, and requested documents on July 29, 2020. The parties have also scheduled to complete the deposition of one of the Defendants, Laurie Montes, and

Whereas, the parties have also met and conferred at length on outstanding discovery disputes, in an effort to narrow the scope of these disputes. These include whether the parties would consent to remote depositions (resolved); the scope of a 30(b)(6) deposition noticed by Plaintiff; the deposition of a former city attorney, Michael Rishwain Plaintiff contends is a percipient witness (Defendant asserts attorney client privilege); redacted documents pertaining to a percipient witness whose deposition was noticed by Defendant, George Liepart; and

Whereas attorney for Defendant has a trial beginning the second week of October, making it impossible to conduct depositions for the rest of that month; and,

Whereas an additional extension of the discovery cut-off need *not* also extend the dates for any dispositive motions, causing further delays; and

Whereas, this court entered a scheduling order (Dkt. 78) on June 30, 2020, establishing the following schedule:

- Non-expert discovery cut off:  October 29, 2020
- Disclosure of Expert Witnesses:  January 4, 2021
- Designation of Supplemental Experts:  20 days later
- Supplemental Disclosures:  30 days prior to dispositive motion hearing date;
- Dispositive Motion Hearing Date: May 13, 2021
- Joint Notice of Trial Readiness:  Within 30 days of receipt of ruling on dispositive motion, or 120 days after close of discovery if no intent to file dispositive motions.

JOINT STIPULATION TO AMEND SCHEDULING ORDER

The parties agree and stipulate to a ninety (90) day extension of the Non-expert discovery cut off to January 29, 2021; an extension of the date for disclosure of expert witnesses to January 29, 2021, while all other dates remain the same.

Respectfully submitted,

Dated:  September 23, 2020         LAW OFFICE OF WENDY MUSELL
                                   CHURCH STATE COUNCIL


                                   By:  *s/ Alan J Reinach*
                                        ALAN J. REINACH
                                        Attorneys for Plaintiff
                                        RON HITTLE


Dated:  September 24, 2020         RENNE PUBLIC LAW GROUP


                                   By:  *s/ Geoff Spellberg*
                                        GEOFF SPELLBERG
                                        Attorneys for Defendants
                                        CITY OF STOCKTON et al.



GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED:  September 24, 2020

                                   _____
                                   Troy L. Nunley
                                   United States District Judge

JOINT STIPULATION TO AMEND SCHEDULING ORDER