ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
ANUJAN JEEVAPRAKASH (SBN 329397)
ajeevaprakash@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendants
CITY OF STOCKTON, ROBERT DEIS,
LAURIE MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>        Plaintiff,<br><br>v.<br><br>THE CITY OF STOCKTON; ROBERT DEIS; LAURIE MONTES, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. **2:12-CV-00766-TLN-KJN**<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION OF MICHAEL RISHWAIN**<br><br><br>2d Amended Complaint Filed:  April 12, 2018<br>Trial Date:  None Set |

There is presently a dispute between the parties whether a third party defendant, Michael Rishwain should be deposed.  That dispute will be presented to the Court for adjudication.

Since the discovery period will have closed before the issue is determined, the parties hereby stipulate that if the deposition of Mr. Rishwain is ordered, that deposition can occur subsequent to the close of the discovery period.

-1-
**STIPULATION AND ORDER REGARDING DEPOSITION OF MICHAEL RISHWAIN - CASE NO. 2:12-CV-00766-TLN-KJN**

| | |
|---|---|
| Dated: January 22, 2021 | STEWART & MUSELL<br>CHURCH STATE COUNCIL |
| | By: *s/ Wendy Musell*<br>WENDY MUSELL<br>Attorneys for Plaintiff<br>RON HITTLE |
| Dated: January 22, 2021 | RENNE PUBLIC LAW GROUP |
| | By: *s/ Geoffrey Spellberg*<br>GEOFF SPELLBERG<br>Attorneys for Defendants<br>CITY OF STOCKTON et al. |

IT IS SO ORDERED:

DATED: January 26, 2021

_____
TROY L. NUNLEY
United States District Judge

-2-
**STIPULATION AND ORDER REGARDING DEPOSITION OF MICHAEL RISHWAIN - CASE NO. 2:12-CV-00766-TLN-KJN**