1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@publiclawgroup.com
2  GEOFFREY SPELLBERG (SBN 121079)
   gspellberg@publiclawgroup.com
3  ANUJAN JEEVAPRAKASH (SBN 329397)
   ajeevaprakash@publiclawgroup.com
4  RENNE PUBLIC LAW GROUP
   350 Sansome Street, Suite 300
5  San Francisco, California 94104
   Telephone: (415) 848-7200
6  Facsimile: (415) 848-7230

7  Attorneys for Defendants
   CITY OF STOCKTON, ROBERT DEIS,
8  LAURIE MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>　　Plaintiff,<br><br>v.<br><br>THE CITY OF STOCKTON; ROBERT DEIS; LAURIE MONTES, and DOES 1 through 100, inclusive,<br><br>　　Defendants. | Case No. **2:12-CV-00766-TLN-KJN**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO INCREASE PAGE LIMIT FOR ITS SUMMARY JUDGMENT BRIEF**<br><br>2d Amended Complaint Filed: April 12, 2018<br>Trial Date: None Set |

Having considered the request by Defendants for permission to file its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment in excess of the current page limitations, and good cause appearing thereof, it is hereby ordered:

1. The Request is granted.

2. Defendants' Memorandum of Points and Authorities in support of its Motion for Summary Judgment shall not exceed twenty-five pages.

3. In light of this page limit increase, the page limit for Plaintiff's memorandum of points and authorities in opposition is extended to no more than twenty-five pages.

4. No increase is made as to the Reply page limit.

**IT IS SO ORDERED.**

Dated: February 11, 2021

Troy L. Nunley
United States District Judge