Wendy E. Musell (SBN: 203507)
LAW OFFICES OF WENDY MUSELL
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Phone: 510-270-2252
Fax: 510-228-1391
wmusell@wendymuselllaw.com.

Alan J. Reinach, SBN 196899
Jonathon Cherne, SBN 281548
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Phone:  805-413-7398
ajreinach@churchstate.org
jcherne@churchstate.org

Attorneys for Plaintiff, Ronald Hittle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD HITTLE,**<br><br>    **Plaintiff,**<br>**vs.**<br><br>**THE CITY OF STOCKTON, ROBERT DEIS, LAURIE MONTES, and DOES 1-100, inclusive,**<br><br>    **Defendants.** | **Case No. 2-12-CV-00766-TLN-KJN**<br><br>**STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE OF SUMMARY JUDGMENT MOTION** |

Whereas, this matter involves six (6) causes of action, and twenty-four (24) affirmative defenses; and

Whereas, discovery herein has produced several thousands of pages of documents; and

Whereas the complexity of the issues herein has already resulted in Defendants seeking, and this Court granting to Defendants an enlargement from twenty (20) to twenty-five (25) the page limitation for its summary judgment motion, and a similar page limitation for Plaintiff's opposition; [ECF-95] and

1

Whereas Plaintiff has requested additional time to properly brief the issues in this case and Defendants agree that additional time is appropriate, albeit less time than the four (4) weeks requested by Plaintiff;

It is hereby stipulated and agreed:

1. Defendants will file and serve their motion for summary judgment on or before February 18, 2021, setting the hearing date for April 1, 2021;

2. Plaintiff shall file his opposition to the summary judgment motion on March 11, 2021;

3. Defendants will file their reply in support of the motion on March 25, 2021;

4. The parties further agree that with respect to the motion for summary judgment Plaintiff intends to file; Defendants shall have three (3) weeks to file their opposition to the summary judgment motion and Plaintiff shall have two (2) weeks to file his reply.

| | |
|---|---|
| Respectfully submitted,<br>Dated: February 15, 2021 | LAW OFFICE OF WENDY MUSELL<br>CHURCH STATE COUNCIL |

By: *s/ Alan J Reinach*
    ALAN J. REINACH
    Attorneys for Plaintiff
    RON HITTLE

Dated: February 17, 2021    RENNE PUBLIC LAW GROUP

By: *s/ Geoff Spellberg*
    GEOFF SPELLBERG
    Attorneys for Defendants
    CITY OF STOCKTON et al.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED: February 17, 2021

    Troy L. Nunley
    United States District Judge

3