UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF STOCKTON, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-00766-TLN-KJN<br><br>**ORDER** |

Having considered the request by Plaintiff as set forth in his Amended Rule 56 (c) Motion (ECF No. 111), the pleadings in this case and argument by counsel and good cause appearing therefor, it is hereby ordered:

Plaintiff's motion is GRANTED.  (ECF No. 111.)  Plaintiff's opposition to Defendants' Motion for Summary Judgment is due not later than March 19, 2021.  Plaintiff's other motions related to an extension of time are DENIED as moot.  (ECF Nos. 103, 104, 109.)

IT IS SO ORDERED.

DATED: March 2, 2021

　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge

1