UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HITTLE,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE CITY OF STOCKTON; ROBERT DEIS; LAURIE MONTES, and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No. 2:12-CV-00766-TLN-KJN<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEFENDANTS' TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CONTINUE THE DATE FOR THE SUMMARY JUDGMENT HEARING** |

The Court has considered Defendants' *Ex Parte* Application (ECF No. 113), Plaintiff's opposition (ECF No. 114), and Defendants' reply (ECF No. 115). Good cause appearing, it is hereby ORDERED:

1. Defendants' *Ex Parte* Application (ECF No. 113) is GRANTED.
2. Defendants shall file their Reply to Plaintiff's Opposition Brief to Defendants' Motion for Summary Judgment on or before April 2, 2021.
3. The hearing date for Defendants' Motion for Summary Judgment is continued to April 29, 2021.

DATED: March 18, 2021

Troy L. Nunley
United States District Judge